FILED

UNITED STATES DISTRICT COURT JAN 16 P 3:09
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY TYRONE JONES
 a/k/a "Amp," a/k/a "Tony"

CASE NO.   3:13-cr-5-J-34JBT
Ct. 1:      18 U.S.C. § 1591
Ct. 2:      18 U.S.C. § 912
Forfeiture: 18 U.S.C. § 1594

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about January 2, 2013 and on or about January 9, 2013, in Duval County, in the Middle District of Florida,

ANTHONY TYRONE JONES,
a/k/a "Amp," a/k/a "Tony,"

the defendant herein, in and affecting interstate commerce did knowingly recruit, entice, harbor, provide, obtain and maintain by any means a person, that is R.L., while knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause R.L. to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

## COUNT TWO

On or about January 9, 2013, in Duval County, in the Middle District of Florida,

ANTHONY TYRONE JONES,
a/k/a "Amp," a/k/a "Tony,"

the defendant herein, did knowingly, with the intent to deceive or defraud another, pretend to be an officer or employee acting under the authority of the United States, to wit, a Special Agent of the Federal Bureau of Investigation, and acted as such.

In violation of Title 18, United States Code, Section 912.

## **FORFEITURE**

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2.  The defendant, ANTHONY TYRONE JONES, a/k/a "Amp," a/k/a "Tony", upon conviction of a violation of Title 18, United States Code, Section 1591, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*James C Ward*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Kelly S. Karase*
KELLY S. KARASE
Assistant United States Attorney

By: *Mac D. Heavener*
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY TYRONE JONES
a/k/a "Amp," a/k/a "Tony"

## INDICTMENT

Violations:

Ct. 1:  18 U.S.C. § 1591
Ct. 2:  18 U.S.C. § 912

A true bill,

_____
        Foreperson

Filed in open court this 16th day

of January, 2013.

_____
           Clerk

Bail  $_____

GPO 863 525